**Not for Publication in West's Federal Reporter**

# United States Court of Appeals
## For the First Circuit

No. 14-2072

DENISE MURRAY,

Plaintiff, Appellee,

v.

KINDRED NURSING CENTERS WEST LLC, d/b/a Kindred Transitional Care
and Rehabilitation-Kennebunk,

Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. Jon D. Levy, U.S. District Judge]

Before

Lynch, Chief Judge,
Torruella and Selya, Circuit Judges.

James R. Erwin, with whom Michelle Y. Bush and Pierce Atwood
LLP were on brief, for defendant-appellant.
Guy D. Loranger, with whom Law Office of Guy D. Loranger was
on brief, for plaintiff-appellee.

June 10, 2015

**Per curiam.**  This appeal has been rendered moot by our decision earlier today in the companion appeal, <u>see</u> <u>Murray</u> v. <u>Kindred Nursing Centers West LLC</u>, No. 14-1943.  We therefore dismiss this appeal, without prejudice and without costs, as moot.

**Dismissed.**